# John J. Nonnenmacher, Esq.
744 Fairmount Avenue
Chatham, NJ 07928
(212) 465-1110

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                              RE:    Gregory Andrews v. City of New York
                                        Docket No.: 14-cv-1721

Your Honor,

      I represent the plaintiff in this action. This matter is presently scheduled for a conference on March 26, 2015 at 2::00 PM. I am presently engaged on trial in the Supreme Court, Kings County on the case of Amina Bah v. City of New York, Index No.: 29770/10. I am requesting that this conference be adjourned to a date convenient for the court.

      I have discussed this request with defense counsel who consents to same.

                                                        Respectfully submitted,

                                                         /s/
                                               _____
                                               John J. Nonnenmacher, Esq.

Cc: Melanie Speight, Esq.
Assistant Corporation Counsel